ACCEPTED
15-25-00122-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/13/2026 10:59 AM
CHRISTOPHER A. PRINE
CLERK

**CASE NO. 15-25-00122-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/13/2026 10:59:09 AM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
For the Fifteenth District of Texas

**State of Texas, Maxx Juusola, Tracy Martin, and Alan Crider,**
*Appellants,*

**v.**

**City of Dallas, Kimberly Bizor Tolbert, in her official capacity as the Interim City Manager for the City of Dallas, and the State Fair of Texas,**
*Appellees.*

---

**Appellant State of Texas's Motion for Extension of Time to File Reply Brief**

---

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

**January 13, 2026**

**Oral Argument Not Requested.**

/s/ Steven Ogle
ERNEST C. GARCIA
State Bar No. 07632400
Assistant Attorney General
STEVEN OGLE
State Bar No. 24044477
Assistant Attorney General
MELISSA JUAREZ
State Bar No. 00784361
Assistant Attorney General
ALEXANDER COMSUDI
State Bar No. 24087006
Assistant Attorneys General
Administrative Law Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4151
Facsimile: (512) 320-0167
***Attorneys for Appellant, State of Texas***

To The Honorable Court of Appeals:

Appellant State of Texas ("STATE") respectfully requests an extension of time to Friday, March 2, 2026, in which to file its reply brief in the captioned appeal. In support, The STATE states as follows:

1. The STATE's reply brief is currently due on January 29, 2026.

2. The STATE requests a 30-day extension of time to file its reply brief. The requested extension of time would make the STATE's reply brief due on March 2, 2026.

3. This is the STATE's second request for an extension of time to file its reply brief.

4. The STATE requests this extension of time because counsel needs additional time to prepare its reply brief.  Counsel has just recently been assigned this matter and will be out of the office for medical reasons for several days.

5. As a result, THE STATE needs additional time to prepare its reply brief to March 2, 2026.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/ Steven Ogle*
ERNEST C. GARCIA
State Bar No. 07632400
Assistant Attorney General
STEVEN OGLE
State Bar No. 24044477
Assistant Attorney General
MELISSA JUAREZ
State Bar No. 00784361
Assistant Attorney General
ALEXANDER COMSUDI
State Bar No. 24087006
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:       (512) 936-0804
Facsimile:  (512) 320-0167
ernest.garcia@oag.texas.gov
canon.hill@oag.texas.gov
steven.ogle@oag.texas.gov
melissa.juarez@oag.texas.gov

***Attorneys for State of Texas***

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the parties regarding this motion via email.  There was no objection.

/s/ Steven Ogle

STEVEN OGLE
Assistant Attorney General

# CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the above and forgoing document has been served to the following on January 13, 2026, to the following counsel of record:

Tony K. McDonald                     via email to: Tony@tonymcdonald.com
Connor Ellington                     via email to: connor@tonymcdonald.com
The Law Offices of Tony McDonald
1308 Ranchers Legacy Trail
Fort Worth, TX 76126

*Counsel For Individual Plaintiffs*


Jeffrey Tillotson                    via email to: jtillotson@tillotsonlaw.com
Tillotson, Johnson & Patton
1201 Main Street, Suite 1300
Dallas, Texas 75202

*Counsel for Defendants City of Dallas and*
      *Kimberly Tolbert*


James B. Harris                      via email to: jim.harris@hklaw.com
Bryan Neal                           via email: Bryan.Neal@hklaw.com
Holland & Knight
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2532

*Counsel for Defendant State Fair of Texas*

/s/ Steven Ogle
STEVEN OGLE
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Steven Ogle
Bar No. 24044477
catherine.hughes@oag.texas.gov
Envelope ID: 109981591
Filing Code Description: Motion
Filing Description: Motion for Extention to file Reply Brief
Status as of 1/13/2026 11:17 AM CST

Associated Case Party: City of Dallas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph AIrrobali | | airrobali@tillotsonlaw.com | 1/13/2026 10:59:09 AM | SENT |
| Nathaniel Buchheit | | nbuchheit@tillotsonlaw.com | 1/13/2026 10:59:09 AM | SENT |
| Jeffrey Tillotson | 20039200 | jtillotson@tillotsonlaw.com | 1/13/2026 10:59:09 AM | SENT |
| Megan Coker | | mcoker@tillotsonlaw.com | 1/13/2026 10:59:09 AM | SENT |
| Anne Johnson | | ajohnson@tillotsonlaw.com | 1/13/2026 10:59:09 AM | SENT |

Associated Case Party: State Fair of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bryan Neal | 788106 | Bryan.Neal@hklaw.com | 1/13/2026 10:59:09 AM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 1/13/2026 10:59:09 AM | SENT |
| Sherri Rodgers | | sherri.rodgers@hklaw.com | 1/13/2026 10:59:09 AM | SENT |
| Dina W.McKenney | | dina.mckenney@hklaw.com | 1/13/2026 10:59:09 AM | SENT |
| Robert  B.Smith | | Robert@Smith-Firm.com | 1/13/2026 10:59:09 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Melissa Juarez | | melissa.juarez@oag.texas.gov | 1/13/2026 10:59:09 AM | SENT |
| Ernest Garcia | | ernest.garcia@oag.texas.gov | 1/13/2026 10:59:09 AM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 1/13/2026 10:59:09 AM | SENT |
| Steven Ogle | | Steven.Ogle@oag.texas.gov | 1/13/2026 10:59:09 AM | SENT |
| Holly Dudrick | | holly.dudrick@oag.texas.gov | 1/13/2026 10:59:09 AM | SENT |
| Alexander RaymondComsudi | | Alexanderraymond.Comsudi@oag.texas.gov | 1/13/2026 10:59:09 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Steven Ogle
Bar No. 24044477
catherine.hughes@oag.texas.gov
Envelope ID: 109981591
Filing Code Description: Motion
Filing Description: Motion for Extention to file Reply Brief
Status as of 1/13/2026 11:17 AM CST

Associated Case Party: State of Texas

| Alexander RaymondComsudi | | Alexanderraymond.Comsudi@oag.texas.gov | 1/13/2026 10:59:09 AM | SENT |
|---|---|---|---|---|
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 1/13/2026 10:59:09 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kira Lytle | | klytle@tillotsonlaw.com | 1/13/2026 10:59:09 AM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 1/13/2026 10:59:09 AM | SENT |
| Tony McDonald | | Tony@tonymcdonald.com | 1/13/2026 10:59:09 AM | SENT |
| William Cole | | William.Cole@oag.texas.gov | 1/13/2026 10:59:09 AM | SENT |
| William Peterson | | William.Peterson@oag.texas.gov | 1/13/2026 10:59:09 AM | SENT |
| Bryan Neal | | bryan.neal@hklaw.com | 1/13/2026 10:59:09 AM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 1/13/2026 10:59:09 AM | SENT |
| Connor Ellington | 24128592 | connor@tonymcdonald.com | 1/13/2026 10:59:09 AM | SENT |

Associated Case Party: AlanCrider

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Connor Ellington | | connor@tonymcdonald.com | 1/13/2026 10:59:09 AM | SENT |

Associated Case Party: MaxxJuusola

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Connor Ellington | | connor@tonymcdonald.com | 1/13/2026 10:59:09 AM | SENT |

Associated Case Party: TracyMartin

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Steven Ogle
Bar No. 24044477
catherine.hughes@oag.texas.gov
Envelope ID: 109981591
Filing Code Description: Motion
Filing Description: Motion for Extention to file Reply Brief
Status as of 1/13/2026 11:17 AM CST

Associated Case Party: TracyMartin

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Connor Ellington | | connor@tonymcdonald.com | 1/13/2026 10:59:09 AM | SENT |